BENEDICT SCHWARZ, Respondent, v. A. S. HERRMANN, INC., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the

order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.